UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT ROBERTS, | |
| Plaintiff, | No. C 12-6402 PJH (PR) |
| vs. | **ORDER OF DISMISSAL** |
| W. BRUCE WATSON, et. al., | |
| Defendants. | |

This is a civil rights case filed pro se by a state prisoner. In the initial review order the court concluded that plaintiff had failed to state a claim and dismissed the complaint with leave to amend. Although the time to amend has expired, petitioner has not amended. This case is **DISMISSED** with prejudice and plaintiff's motion to appoint counsel (Docket No. 3) is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 8, 2013.

_____
PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.12\Roberts6402.dsm-fta.wpd